**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RAQUEL VILLEGAS and NORBERTO LOZANO,<br><br>      Plaintiffs,<br><br>v.<br><br>ASI HOME INSURANCE CORP.,<br><br>      Defendant | Civil Action File No.: |

## NOTICE OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant ASI Home Insurance Corp. ("ASI") removes the above-captioned lawsuit from the State Court of Gwinnett County, Georgia, Civil Action No. 26-C-01950-S6 in which it is currently pending, to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for removal of this case, ASI states as follows:

1.      On February 12, 2026, Raquel Villegas and Noberto Lozano (collectively, the "Plaintiffs") filed the above-captioned lawsuit in the State Court of Gwinnett County, Georgia.

2.      On February 16, 2026, ASI was served with a copy of the Complaint.

173166237.1 1

3.      Service upon ASI was the first time ASI was made aware of this lawsuit.

4.      This Notice of Removal is filed in a timely and proper manner pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days of February 16, 2026, the date that ASI was served with the initial Complaint.

5.      This civil action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446. This is a civil action in which the amount in controversy exceeds $75,000, exclusive of interest and costs, and is an action between citizens of different states.

6.      All pleadings in the Gwinnett County State Court action are attached hereto **as Exhibit "A"**.

7.      Plaintiffs are and were at the time of filing a citizen under the laws of the State of Georgia.

8.      ASI is and was at the time of the filing of this lawsuit a corporation under the laws of the State of Florida with its principal place of business in the State of Florida.

9.      Accordingly, there is complete diversity of citizenship between the Plaintiffs, on the one hand, and ASI, on the other.

10.    In the instant litigation, Plaintiffs seek damages for ASI's alleged failure to pay a claim under Policy No. GAA286577 (the "Policy") which insures property located at 2706 Scott Street, Valdosta, Georgia 31601 (the "Property") arising from a wind storm on September 26, 2024. (the "Storm") (Ex. A. Compl.)

11.    Plaintiffs assert that their public adjuster estimated the replacement cost value of the covered damage to be $447,819,97. (*Id*. at ¶ 23.; Ex. C, Ally Public Adjusting Estimate.)

12.    Plaintiffs further assert that they have suffered physical damage to its property in an amount of $447,819,97. (*Id*. at ¶ 31.)

13.    Plaintiffs assert a breach of contract claim against ASI based on the Policy and ASI's alleged failure to pay the full amount for full indemnification of their claim. (*Id*. at ¶¶ 32-39.)

14.    Thus, in light of Plaintiffs' claim for damages in the amount of $447,819,97, Plaintiffs' claims for breach of contract, and Plaintiffs seeking pre- and post-judgment interest, statutory penalties, and multipliers, the amount in controversy in this lawsuit exceeds $75,000, exclusive of interest and cost.

15.    A copy of this Notice of Removal is being filed with the State Court of Gwinnett County and has been served upon Plaintiffs.

16.    The United States District Court for the Northern District of Georgia, Atlanta Division, is the federal judicial district encompassing the State Court of

Gwinnett County, Georgia, where Plaintiffs originally filed this suit such that this is the proper federal district for removal of this cased under 28 U.S.C. § 1441(a) and § 90(a)(2).

17.     ASI does not waive any jurisdictional or other defenses that might be available.

18.     ASI reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, ASI removes this action from the State Court of Gwinnett County to this Court.

Respectfully submitted this 18th day of March, 2026.

|  | */s/ Seth M. Friedman* |
|---|---|
| Lewis Brisbois Bisgaard & Smith  LLP | Seth M. Friedman |
| 600 Peachtree Street NE, Suite 4700 | Georgia Bar No. 141501 |
| Atlanta, Georgia 30308 | Myles H. Fogle |
| T: 404.348.8585 | Georgia Bar No. 994303 |
| F: 404.467.8845 |  |
| E: Seth.Friedman@lewisbrisbois.com | *Attorneys for Defendant ASI Home* |
| E: Myles.Fogle@lewisbrisbois.com | *Insurance Corp.* |

173166237.1  4